1  Ali S. Razai (SBN 246922)
   ali.razai@morganlewis.com
2  Benjamin J. Everton (SBN 259214)
   benjamin.everton@morganlewis.com
3  Brandon G. Smith (SBN 307676)
   brandon.g.smith@morganlewis.com
4  Christian D. Boettcher (SBN 342950)
   christian.boettcher@morganlewis.com
5  **MORGAN, LEWIS & BOCKIUS, LLP**
   600 Anton Boulevard, Eighteenth Floor
6  Costa Mesa, CA  92626
   Telephone: (714) 830-0600
7  Facsimile: (714) 830-0700

8  Joshua M. Dalton (*pro hac vice*)
   josh.dalton@morganlewis.com
9  **MORGAN, LEWIS & BOCKIUS, LLP**
   One Federal Street
10 Boston, MA  02110
   Telephone: (617) 341-7700
11 Facsimile: (617) 341 7701

12 *Attorneys for Plaintiff*
   HYDRAFACIAL LLC
13

Harold D. Israel (*pending pro hac vice*)
hisrael@lplegal.com
**LEVENFELD PEARLSTEIN, LLC**
120 S. Riverside Plaza, Suite 1800
Chicago, IL  60606
Telephone: (312) 476-7573

David A. Gottardo (*pending pro hac vice*)
dgottardo@dgottardolaw.com
**GOTTARDOLAW**
1817 Highland Drive, No. 64
Grafton, WI  53024-9998
Telephone: 708-763-9526
Facsimile: 708-763-9527

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                    WESTERN DIVISION

18

19 | HYDRAFACIAL LLC, formerly known     Case No. 2:25-cv-01994-E
   as EDGE SYSTEMS LLC, a California
20 | limited liability company,          [~~PROPOSED~~] **FINAL CONSENT**
                                        **JUDGMENT AND PERMANENT**
21 |             Plaintiff,             **INJUNCTION**

22 |             vs.                     Honorable Charles F. Eick

23 | MED SPA ESSENTIALS LLC,
   formerly known as BEANSTALK          NOTE CHANGES MADE BY THE
24 | FINANCIAL CAPITAL I, LLC,           COURT, PAGE 4

25 |             Defendant.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 50347811.1

1    Plaintiff HydraFacial LLC, formerly known as Edge Systems LLC

2  ("Plaintiff"), and Defendant Med Spa Essentials LLC, formerly known as Beanstalk

3  Financial Capital I, LLC ("Defendant") hereby stipulate and jointly move for entry

4  of final judgment as follows:

5    1.    That this Court has subject matter jurisdiction over this action as well as

6  personal jurisdiction over Plaintiff and Defendant.

7    2.    That venue is proper in this judicial district.

8    3.    That Plaintiff owns each of U.S. Trademark Registration Nos. 4,317,059

9  ("'059 Registration") and 4,738,970 ("'970 Registration") for the mark

10  HYDRAFACIAL®. The '059 Registration, '970 Registration, and Plaintiff's

11  common law rights are herein collectively referred to as the "HydraFacial®

12  Trademarks."

13    4.    That the HydraFacial® Trademarks are each valid and enforceable.

14    5.    That each of the HydraFacial® Trademarks has acquired secondary

15  meaning.

16    6.    That Defendant, together with its officers, directors, agents, servants,

17  employees and affiliates thereof, representatives, and all other persons acting or

18  attempting to act in concert or participation with them, is permanently enjoined and

19  restrained from selling, offering to sell, importing, displaying, advertising,

20  distributing, marketing, or promoting any products or services using the

21  HydraFacial® Trademarks or any mark comprising the words "hydro" or "hydra" in

22  combination with the word "facial."

23    7.    That Defendant, together with its officers, directors, agents, servants,

24  employees and affiliates thereof, representatives, and all other persons acting or

25  attempting to act in concert or participation with them, is permanently enjoined and

26  restrained from challenging or contesting, or assisting and/or funding any third party

27  in challenging or contesting the validity, enforceability, or ownership of the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2

CONSENT JUDGMENT &
PERMANENT INJUNCTION
CASE NO. 2:25-cv-01994-E

DB2/ 50347811.1

HydraFacial® Trademarks.

8.      That Final Judgment be entered consistent with the foregoing terms.

9.      That this Final Judgment and Permanent Injunction are entered into pursuant to a settlement agreement between Plaintiff and Defendant.

10.      That parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

11.      That this Court retain jurisdiction over this matter to enforce compliance with the Permanent Injunction.

12.      That each party will bear its own costs and attorneys' fees for this action.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: July 25, 2025 | Dated: July 25, 2025 |
| LEVENFELD PEARLSTEIN, LLC | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Harold D. Israel (with permission July 14, 2025)*<br>Harold D. Israel | */s/ Ali S. Razai*<br>Ali S. Razai |
| *Attorney for Defendant Med Spa Essentials LLC* | Ali S. Razai<br>Benjamin J. Everton<br>Joshua B. Dalton<br>Christian D. Boettcher |
| | *Attorneys for Plaintiff HydraFacial LLC* |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

DATED: July 25, 2025          */s/ Ali S. Razai*
                                            Ali S. Razai

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3

CONSENT JUDGMENT &
PERMANENT INJUNCTION
CASE NO. 2:25-cv-01994-E

DB2/ 50347811.1

It is so ordered and adjudged.
Dated: 7/28/25

United States Magistrate Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626-7653.

On July 25, 2025, I served the foregoing document on counsel shown below via electronic mail:

David A. Gottardo
dgottardo@dgottardolaw.com
GOTTARDOLAW LLC
1817 Highland Drive, Ste. 64
Grafton, Wisconsin 53024
T: (708) 763-9526
F: (708) 763-9527

Harold D. Israel
hisrael@lplegal.com
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Ste. 1800
Chicago, IL 60606
T: (312) 346-8380
F: (312) 346-8434

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2025, at Costa Mesa, California.

Vanessa Green